In the Matter of ELAINE WARD, Appellant, v CITY OF NEW YORK et al., Respondents.

Submitted September 12, 2016; decided November 22, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

(November 1, 2016 through November 30, 2016)

| | | |
|---|---|---|
| South Tower Residential Bd. of Mgrs. of Time Warner Ctr. Condominium v Ann Holdings, LLC | 1st Dept: 127 AD3d 485 | 11/29/16 |

(November 1, 2016 through November 30, 2016)

| | | |
|---|---|---|
| People v Alcivar | 1st Dept: 140 AD3d 425 (NY) | denied 11/3/16 (Fahey, J.) |
| People v Alejandro | 1st Dept: 142 AD3d 876 (NY) | denied 11/28/16 (Rivera, J.) |
| People v Almodovar | 1st Dept: 142 AD3d 916 (Bronx) | denied 11/28/16 (Garcia, J.) |
| People v Alnutt | App Div, 3d Dept: 2016 NY Slip Op 83627(U) (Fulton) | denied 11/1/16 (Fahey, J.) |
| People v Anlyan | 2d Dept: 142 AD3d 670 (Nassau) | denied 11/30/16 (Fahey, J.) |
| People v Antoine | 2d Dept: 131 AD3d 1178 (Kings) | denied reconsideration 11/29/16 (Abdus-Salaam, J.) |
| People v Arias | 1st Dept: 142 AD3d 874 (NY) | denied 11/30/16 (DiFiore, Ch. J.) |
| People v Arnold | 2d Dept: 139 AD3d 748 (Kings) | denied 11/22/16 (Garcia, J.) |
| People v Ayala | 2d Dept: 142 AD3d 1095 (Queens) | denied 11/29/16 (Abdus-Salaam, J.) |
| People v Baker | County Ct, 9/12/16 (Monroe) | denied 11/22/16 (Pigott, J.) |
| People v Bastien | 2d Dept: 142 AD3d 1183 (Queens) | denied 11/22/16 (Pigott, J.) |